TIMOTHY M. GREENE, ESQ.
In Association with
ARMIJO LAW OFFICE
917 N. SECOND ST.
TACOMA, WA 98403
PH: (253)627-8777

Chief Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRUNO GERARDO DIEGUEZ-CASTRO; HUGO RADAMES GAMEZ-ANDRADE<br><br>Defendants. | CASE NO. CR 20-130-1 RSM<br><br>**ORDER TO CONTINUE DEADLINE FOR FILING MOTIONS AND TO CONTINUE TRIAL DATE** |

THIS MATTER having come on regularly for hearing before this Court on the motion of attorney Timothy M. Greene on behalf of Defendant Bruno Gerardo Dieguez, and joined by Defendant Gamez-Andrade, to continue the deadline for filing motions in this case, presently set for September 17, 2020, until January 21, 2021, and to continue the trial date in this case, presently set for October 26, 2020, to March 8, 2021. The Court having considered the same, and being fully apprised on the merits, hereby ORDERS that Defendant's motion be GRANTED.

ORDER TO CONTINUE DEADLINE
FOR FILING MOTIONS AND TRIAL
DATE, CR 20-130 RSM

1

ARMIJO LAW OFFICE
917 N. SECOND STREET
TACOMA, WA 98403
PH: (253)627-8777

The Court further finds the resulting period of delay from the date of this order, up to and including the new trial date, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(7)(A) and (B).

DATED this 7th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/Timothy M. Greene

Timothy M. Greene, WSBA 17499

In Association with Armijo Law Office
917 N. 2nd Street
Tacoma, WA 98403
Office: 253-627-8777
tgreene01@hotmail.com

ORDER TO CONTINUE DEADLINE
FOR FILING MOTIONS AND TRIAL
DATE, CR 20-130 RSM

2

ARMIJO LAW OFFICE
917 N. SECOND STREET
TACOMA, WA 98403
PH: (253)627-8777