UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>(2) HUGO GAMEZ-ANDRADE,<br><br>       Defendant | Case No.: 21 CR-130 RSM<br><br>ORDER GRANTING STIPULATED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO |

This matter having come before the Court on the stipulated motion of the parties seeking an order permitting the plea hearing in this case to proceed by videoconference, and the Court having considered the motion, now therefore,

IT IS HEREBY ORDERED that the stipulated motion is granted. Counsel is directed to contact the Magistrate Judge clerks to schedule the videoconference change of plea hearing as soon as it is convenient for the Court and the parties.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO - 1

Honorable Ricardo S. Martinez

Submitted by:

*/s/ Santiago E. Juarez*
Santiago E. Juarez, Esq.
Attorney for Hugo Gamez-Andrade
721 Fifth Street NW
Albuquerque, NM 87102
(505) 246-8499
(505) 717-9455 facsimile
santiagojuarezlaw@gmail.com


*/s/ Stephen Hobbs*
Stephen Hobbs
Benjamin T. Diggs
Assistant US Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-4301
Email: stephen.p.hobbs@usdoj.gov

ORDER GRANTING STIPULATED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO - 2