TIMOTHY M. GREENE, ESQ.
In Association with
ARMIJO LAW OFFICE
508 S.AINSWORTH AVENUE
TACOMA, WA 98405
PH: (253)627-8777

Chief Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRUNO GERARDO DIEGUEZ-CASTRO; HUGO RADAMES GAMEZ-ANDRADE, <br><br> Defendants. | CASE NO. CR 20-130RSM <br><br> **ORDER TO CONTINUE DEADLINE FOR FILING MOTIONS AND TO CONTINUE TRIAL DATE** |

THIS MATTER having come on regularly for hearing before this Court on the stipulated motion of attorney Timothy M. Greene on behalf of Defendant Bruno Gerardo Dieguez and Assistant U.S. Attorney Stephen P. Hobbs to continue the deadline for filing motions in this case, presently set for June 7, 2021, until August 23, 2021, and to continue the trial date in this case, presently set for June 28, 2021, to October 12, 2021.

The Court having considered the same, and being fully apprised on the merits, hereby ORDERS that Defendant's motion is GRANTED; trial of both defendant Bruno Gerardo Dieguez-Castro and defendant Hugo Radames Gamez-Andrade is continued to October 12, 2021.

ORDER TO CONTINUE PRETRIAL
MOTIONS DEADLINE AND TRIAL
DATE, CR 20-130RSM

1

ARMIJO LAW OFFICE
508 S. AINSWORTH AVENUE
TACOMA, WA 98405
PH: (253)627-8777

The Court also finds the period of delay resulting from this continuance, from the date of this order up to and through the new trial date, shall be excluded from computation under 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(I), and 3161(h)(7)(B)(iv), because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial, because the failure to grant the requested continuance would be likely to result in a miscarriage of justice, and because the failure to grant the requested continuance would deny the defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED this 22nd day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted,

 s/Timothy M. Greene

Timothy M. Greene, WSBA 17499
In Association with Armijo Law Office
508 S. Ainsworth Avenue
Tacoma, WA 98405
Office: 253-627-8777
tgreene01@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed Defendant's [Proposed] Order with the Clerk of the Court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties.

DATE: June 9, 2021.

s/Timothy M. Greene

Timothy M. Greene

Attorney for Defendant

ORDER TO CONTINUE PRETRIAL
MOTIONS DEADLINE AND TRIAL
DATE, CR 20-130RSM

4

ARMIJO LAW OFFICE
508 S. AINSWORTH AVENUE
TACOMA, WA 98405
PH: (253)627-8777

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TO CONTINUE PRETRIAL
MOTIONS DEADLINE AND TRIAL
DATE, CR 20-130RSM

5

ARMIJO LAW OFFICE
508 S. AINSWORTH AVENUE
TACOMA, WA 98405
PH: (253)627-8777

ORDER TO CONTINUE PRETRIAL
MOTIONS DEADLINE AND TRIAL
DATE, CR 20-130RSM

6

ARMIJO LAW OFFICE
508 S. AINSWORTH AVENUE
TACOMA, WA 98405
PH: (253)627-8777