UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR20-130RSM |
| Plaintiff, | ORDER |
| v. | |
| HUGO GAMEZ-ANDRADE, | |
| Defendant. | |

This matter having come before the Court on the motion of Defendant, Hugo Gamez Andrade, seeking an order extending time in which to file response to the Presentence Report and the Court having considered the motion, now therefore, IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this 14th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1